UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROCHELLY TORRES,
                        Plaintiff,

                -against-

1100 JEFFERSON ASSOCIATES, LLC,

                        Defendant.
------------------------------------------------------------X

21 Civ. 862 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Court has been informed that the parties have reached a settlement in principle. It is hereby

      **ORDERED** that, by **July 8, 2021**, the parties shall file: (i) the settlement agreement to the Court; and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *see, e.g.*, *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). The parties' letter shall include a detailed breakdown of counsel's time spent and expenses incurred if counsel is seeking attorneys' fees and expenses. It is further

      **ORDERED** that any pending motion is DENIED as moot, all conferences are CANCELED and all other deadlines are ADJOURNED *sine die*.

Dated: June 9, 2021
       New York, NY

                                                          LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE