**GOLDBERG AND WEINBERGER LLP**
Attorneys at Law

**630 Third Avenue, 18th Floor**
**New York, New York 10017**

**Lewis Goldberg (N.Y., CT. & N.J.)**  ⎯⎯⎯⎯⎯  OTHER OFFICE:
**Stuart Weinberger (N.Y. & N.J.)**  REDDING, CT.

TEL: (212) 867-9595
FAX: (212) 949-1857

July 6, 2021

*Via ECF*

> The parties' application is GRANTED. The parties shall file the settlement agreement and joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement by **July 22, 2021**.
>
> Dated: July 7, 2021
> New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Hon. Judge Lorna Schofield
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Rochelly Torres v. 1100 Jefferson Associates, LLC,*
*Index No.: 21-CV-862 (LGS)*

Dear Hon. Judge Schofield:

This office represents the Defendant in this action, and I'm writing to respectfully request an extension of time for of the deadline to respond to the complaint that was filed in this case. The current deadline is July 8, 2021. The parties have drafted settlement language and are in the process of finalizing the agreement. However, despite our best efforts, the parties anticipate difficulty in finalizing the agreement by the current deadline. The parties respectfully request a two-week extension. If granted, the new deadline would be July 22, 2021. This is the parties' first request for an extension of the deadline set by the court. Should the court grant this request, no future deadlines would be affected.

Thank you for your time and consideration regarding this matter.

Very truly yours,

⎯⎯⎯⎯⎯*/S/*⎯⎯⎯⎯⎯
Stuart Weinberger

CC: *VIA ECF*
*Counsel for all parties*