# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                             Tel: 718-740-1000
Email: abdul@abdulhassan.com                 Fax: 718-740-2000
*Employment and Labor Lawyer*                 Web: www.abdulhassan.com

July 22, 2021

**Via ECF**

Application GRANTED. Plaintiff shall file her motion for settlement approval by **August 23, 2021**.

Hon. Lorna G. Schofield, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007
Tel: 212-805-0288

Dated: July 23, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**Re: Torres v. 1100 Jefferson Associates, L.LC.**
   Case No: 21-CV-00862 (LGS)(RWL)
   Motion for Extension of Time

Dear Judge Schofield:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 30-day extension of the July 22, 2021 deadline for Plaintiff to file her motion for settlement approval. This request is being made because the additional time is needed in light of a pending action in housing court involving the Plaintiff and a successor landlord - resolution of which is in sight, and which should bring finality in this case and across the board. One prior request for an extension of this deadline was made and granted.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF