```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROCHELLY TORRES,

                       Plaintiff,

-against-

1100 JEFFERSON ASSOCIATES, LLC

                       Defendant.
------------------------------------------------------------------X

~~20-CV-862~~
21-CV-862

**ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and Defendant that any and all claims asserted by Plaintiff in the above-entitled action are hereby discontinued and dismissed, with prejudice, as against Defendant, without costs or attorneys' fees to any party as against another, except as specified in the parties' settlement agreement.

Dated: September 24, 2021
New York, NY

*[signature]*
Abdul K. Hassan, Esq.
Abdul K. Hassan Law Group P.L.L.C
215-28 Hillside Avenue
Queens Village, NY 11427

*Attorneys for Plaintiff*

SO ORDERED:

Dated: September 23, 2021
New York, NY

*[signature]*
Stuart Weinberger, Esq.
Goldberg and Weinberger LLP
630 Third Avenue, 18th Floor
New York, NY 10017

*Attorneys for Defendant*

*[signature]*
_____
HON. JUDGE ROBERT LEHRBURGER